Appeal from a judgment of the Superior Court for King
County, No. 80–1–00286–1, Horton Smith, J., entered May
30, 1980. *Affirmed* by unpublished opinion per Scholfield,
J., concurred in by Callow, J., Ringold, J., dissenting.


[No. 11078–1–I.   Division One.   October 24, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH
LANIER BURKE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01644–4, Jim Bates, J., entered
November 13, 1981. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by Williams, J., Ringold, J., dissenting.


[No. 12937–6–I.   Division One.   October 24, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
M. HENKEL, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03762–8, Francis E. Holman, J., entered
February 14, 1983. *Affirmed* by unpublished per curiam
opinion.